Alfred R. Hernandez, Esq. (Bar Number 192189)
1430 Truxtun Ave.
5th Floor
Bakersfield, California, 93301
Phone: (661) 316-7955

Email: al@alhernandez.biz

Counsel for Defendant: Jaime Castellanos

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTCOR LAND TITLE INSURANCE COMPANY;<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Jaime Castellanos;<br><br><br>　　　　Defendant. | No. 1:20-cv-01125-NONE-JLT<br><br>**STIPULATION BETWEEN PARTIES EXTENDING TIME TO FILE RESPONSIVE PLEADING.**<br><br>**(Doc. 4)** |

## I.　　RECITALS

(1)　Attorney Alfred R. Hernandez has been retained by Defendant Jaime Castellanos.

(2)　Defendant Castellanos was personally served on 8-23-2020.

(3)　Based on that personal service, Defendant's Answer is due on 9-13-2020.

(4)　Attorney Hernandez requested a stipulated extension of time to file an Answer.

(5)　The parties hereto, and their Counsel have agreed to extend the time for Defendant's filing of an Answer to the Complaint from 9-13-2020 to 10-13-2020.

(6)　Pending the Court's approval of the instant stipulation, and in consideration of Defendant's cooperation, Plaintiff agrees not to seek entry of a default judgement prior to 10-14-2020.

(7)　Based upon the foregoing, the parties hereto request that the Court approve the

1  instant stipulation pursuant to Federal Rule of Civil Procedure 6(b).

3   Dated: 9-1-2020               Law Office of Alfred R. Hernandez,

5                                 _____
                                  Alfred R. Hernandez, Attorney for Defendant
                                  Jaime Castellanos.

7   Dated: _____ 2020           Kluewer Law P.C.

9                                 _____
10                                Joshua T. Kluewer, Attorney for Plaintiff
                                  Westcor Land Title Ins. Co.

12  ///

**ORDER**

IT IS SO ORDERED.

Dated:   **September 1, 2020**          **/s/ Jennifer L. Thurston**
                                       UNITED STATES MAGISTRATE JUDGE

STIPULATION EXTENDING TIME TO FILE ANSWER