# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTCOR LAND TITLE INSURANCE COMPANY,<br>            Plaintiffs,<br>      v.<br>JAMIE CASTELLANOS,<br>            Defendant. | Case No.: 1:20-cv-01125 NONE JLT<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO ASSIGN A DISTRICT JUDGE TO THIS CASE AND TO CLOSE THE ACTION<br>(Doc. 11) |

The plaintiff has filed a voluntary dismissal with prejudice under Federal Rules of Civil Procedure Rule 41(a)()(A)(i). (Doc. 11) Accordingly, the Clerk of Court is DIRECTED to assign a district judge to this case and to close this action.

IT IS SO ORDERED.

Dated:   **December 14, 2020**                    **/s/ Jennifer L. Thurston**
                                                                        UNITED STATES MAGISTRATE JUDGE